No. 10-8577 (R46-011). Glenna Robilio, Petitioner v. Self Help Ventures Fund.

562 U.S. 1210, 131 S. Ct. 1548, 179 L. Ed. 2d 293, 2011 U.S. LEXIS 1709.

February 22, 2011. The petition for writ of certiorari in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

No. 10-324. United States, Petitioner v. Rory Praylow.

562 U.S. 1210, 131 S. Ct. 1467, 179 L. Ed. 2d 293, 2011 U.S. LEXIS 1420.

February 22, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of Abbott v. United States, 562 U.S. 8, 131 S. Ct. 18, 178 L. Ed. 2d 348 (2010). Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 380 Fed. Appx. 109.

No. 10-6456. Donald Leonard Sturgis, Petitioner v. United States.

562 U.S. 1210, 131 S. Ct. 1468, 179 L. Ed. 2d 293, 2011 U.S. LEXIS 1478.

February 22, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Arizona v. Gant, 556 U.S. 332, 129 S. Ct. 1710, 173 L. Ed. 2d 485 (2009).

Same case below, 366 Fed. Appx. 713.

No. 10-6521. Luis Alejandro Garza, Petitioner v. United States.

562 U.S. 1210, 131 S. Ct. 1469, 179 L. Ed. 2d 293, 2011 U.S. LEXIS 1477.

February 22, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Magwood v. Patterson, 561 U.S. 320, 130 S. Ct. 2788, 177 L. Ed. 2d 592 (2010).

Same case below, 371 Fed. Appx. 481.